# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| C2G Ltd. Company | ) | ASBCA No. 60397 |
| | ) | |
| Under Contract No. HTC711-12-C-R001 | ) | |

APPEARANCE FOR THE APPELLANT:     Katherine S. Nucci, Esq.
       Thompson Coburn LLP
       Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
       Air Force Deputy Chief Trial Attorney
       Phillip E. Reiman, Esq.
       Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 December 2016

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60397, Appeal of C2G Ltd. Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals